180 So. 896

**Ex parte Sophia W. ASBURY.**

8 Div. 722.

Court of Appeals of Alabama.
April 28, 1938.

R. L. Polk, of Sheffield, and T. M. Thomas, of Florence, for petitioner.

Merwin Koonce, A. A. Williams, and L. R. Timberlake, all of Florence, for respondent.

SAMFORD, Judge.
Writ denied.

176 So. 919

**J. L. ASHWORTH v. H. A. TAYLOR.**

2 Div. 621.

Court of Appeals of Alabama.
Oct 28, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

180 So. 896

**Raymond ATKINS v. STATE.**

5 Div. 48.

Court of Appeals of Alabama.
April 19, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

189 So. 917

**J. W. AYCOX v. STATE.**

6 Div. 421.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

186 So. 914

**John BACHELOR v. STATE.**

7 Div. 438.

Court of Appeals of Alabama.
Jan. 17, 1939.

Jas. L. Carter, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

181 So. 916

**M. D. BAGGETT v. CITY OF BIR-MINGHAM.**

6 Div. 280.

Court of Appeals of Alabama.
May 17, 1938.

BRICKEN, Presiding Judge.
Affirmed.